IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BETTY BUCKLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 1:18-cv-04878-SCJ |
| **FIFTH THIRD BANK, INC.,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Betty Buckley and Defendant Fifth Third Bank, Inc. by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. (a)(1)(A)(ii), hereby stipulate to dismissal of the above-captioned action, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 6th day of February, 2019.

| | |
|---|---|
| *s/ Octavio Gomez* | *s/ Louis G. Fiorilla* |
| Octavio Gomez | Louis G. Fiorilla |
| Georgia Bar No.: 617963 | Georgia Bar No. 910188 |
| TGomez@ForThePeople.com | lfiorilla@burr.com |
| Morgan & Morgan, Tampa, P.A. | BURR & FORMAN, LLP |
| One Tampa City Center | 171 Seventeenth Street, NW |
| 201 North Franklin Street, 7th Floor | Suite 1100 |
| Tampa, Florida 33602 | Atlanta, Georgia  30363 |
| Telephone: (813) 223-5505 | Telephone:  (404) 815-3000 |
| Facsimile: (813) 223-5402 | Facsimile:  (404) 817-3244 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | FIFTH THIRD BANK, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2019, I presented the **JOINT STIPULATION FOR DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Octavio Gomez<br>
Morgan & Morgan, Tampa, P.A.<br>
One Tampa City Center<br>
201 North Franklin Street, 7th Floor<br>
Tampa, Florida 33602

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

*s/ Louis G. Fiorilla*
Louis G. Fiorilla
Georgia Bar No. 910188
lfiorilla@burr.com

BURR & FORMAN, LLP
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia  30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244